UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-11729-SB-RAOx | Date: | 6/14/2021 |
|---|---|---|---|

| Title: | *Nahid Sedaghatfar v. IDT Domestic Telecom, Inc.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER CONTINUING OSC RE: DISMISSAL HEARING (DKT. NO. 24)

The Court has received Plaintiff's response to the Court's Order to show cause re: Dismissal. Dkt. No. 24. Plaintiff requests additional time to finalize the settlement agreement and requests a continuance of the OSC hearing.

The Court continues the OSC re: Dismissal hearing to **July 9, 2021 at 8:30 a.m.** If the parties file a proposed order to dismiss the entire action with prejudice by **July 2, 2021,** the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date based on the date of the filing of the complaint.

The parties should not expect any further continuance. If they nonetheless seek one, it will be summarily denied absent a specific and detailed showing of: (a) all the actions taken to complete the settlement (including the date of each action); (b) what remains to be done; (c) why the remaining acts could not previously have been done; and (d) the amount of time required for each remaining act (with a justification for the required time). In any event, the parties should

expect to appear at the OSC hearing if they fail to complete the settlement by the dismissal date and should further expect the Court to set the matter for trial reasonably soon thereafter.

 **IT IS SO ORDERED**.